# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| VICTOR TAGLE, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> CLARK COUNTY et al., ) <br> ) <br> Defendants. ) <br> ) | Case No. 2:15-cv-00208-JAD-GWF <br><br> **REPORT AND RECOMMENDATION** |

This matter is before the Court on Plaintiff's Motion to Proceed *in forma pauperis* (#1), filed on February 5, 2015.

The Plaintiff appears to have filed this complaint in both State and Federal Court. His complaint in Clark County District Court was removed to Federal Court by Defendant Clark County. *See* Case No. 2:15-cv-00881-JCM-PAL (#1). The complaints are not quite identical, but allege the same claims regarding the treatment and alleged abuse of the Plaintiff's children. Case No. 2:15-cv-00881-JCM-PAL has a Motion to Dismiss (#6) that is fully briefed and is awaiting the Court's ruling.

Plaintiff's claims are already being adjudicated in Case No. 2:15-cv-00881-JCM-PAL. The Court need not maintain two nearly identical cases featuring the same parties. The Court will therefore recommend that the Plaintiff's Complaint (#1-1) be dismissed without prejudice and that this action be closed. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Proceed *in forma pauperis* is **granted**.

. . .

. . .

**IT IS HEREBY RECOMMENDED** that Plaintiff's Complaint (#1-1) be **dismissed** without prejudice.

**DATED** this 9th day of September, 2015.

GEORGE FOLEY, JR.
United States Magistrate Judge