1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Victor Tagle,<br><br>Plaintiff<br><br>v.<br><br>Clark County, *et al.*,<br><br>Defendants | Case No.: 2:15-cv-00208-JAD-GWF<br><br>**Order Adopting Report and Recommendation [ECF 2] and Dismissing Action with Prejudice** |

Magistrate Judge George Foley entered a report and recommendation on September 10, 2015, recommending that I dismiss plaintiff Victor Tagle's § 1983 civil-rights complaint. ECF 2. Judge Foley recommends that I dismiss Tagle's complaint because Tagle has a substantively identical one pending in front of Judge James Mahan, Case No 2:15-cv-00881-JCM-PAL. Objections were due by September 24, 2015, and Tagle has not filed an objection. LR IB 3–2.

"[N]o review is required of a magistrate judge's report and recommendation unless objections are filed." *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). Accordingly, and with good cause appearing,

It is hereby ORDERED that Magistrate Judge Foley's Report and Recommendation **[ECF 2]** is **ACCEPTED** and his findings and conclusions are adopted; Tagle's case is **DISMISSED** with prejudice. The Clerk of Court is instructed to CLOSE THIS CASE.

DATED September 25, 2015.

_____
Jennifer A. Dorsey
United States District Judge